■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERRON LYLES, Appellant. [606 NYS2d 988] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered April 13, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to convict the defendant of criminal sale of a controlled substance in the third degree beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we find that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Furthermore, the defendant's sentence was not excessive *(see, People v Delgado,* 80 NY2d 780; *People v Suitte,* 90 AD2d 80). Thompson, J. P., Bracken, Balletta and Santucci, JJ., concur.